UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 22-230-JFW**                                                                                   Dated: March 14, 2024

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Sarah E. Spielberger |
| Courtroom Deputy | Court Reporter | Kedar S. Bhatia |
| | | Asst. U.S. Attorney |
| | | Not Present |

===============================================================
U.S.A. vs (Dfts listed below)                                Attorneys for Defendants

1)   Mitchell Vaughn Lee [07329-506]                         1)   J. Alejandro Barrientos
     not present                                                  not present

PROCEEDINGS:            **ORDER TO SHOW CAUSE**

    On or before March 18, 2024, Counsel for Defendant is ordered to show cause in writing why he should not be sanctioned in the amount of $500.00 or why Defendant's Sentencing Positon (Docket No. 138) should not be stricken for failure to comply with the March 7, 2024 filing deadline and for failure to deliver courtesy copies.  No oral argument on this matter will be heard unless otherwise ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and striking of Docket No. 138.

    IT IS SO ORDERED.